IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
MAY 17 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| MEGAN AURORA QUIGLEY, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF MISSOULA, and COUNTY OF MISSOULA, <br><br> Defendants. | CV 19–35–M–DLC–JCL <br><br> ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered his Findings and Recommendations on April 1, 2019, recommending that this action be dismissed for failure to state a claim upon which relief could be granted. (Doc. 6 at 2.) Plaintiff did not object to the Findings and Recommendations and so has waived the right to de novo review thereof. 28 U.S.C. § 636(b)(1)(C). Absent objection, this Court reviews findings and recommendations for clear error. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted). Reviewing for clear error and finding none,

-1-

IT IS ORDERED that Judge Lynch's Findings and Recommendations (Doc. 6) are ADOPTED IN FULL and this case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(2) for failure to state a claim upon which relief could be granted.

DATED this 17th day of May, 2019.

Dana L. Christensen, Chief District Judge
United States District Court