UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MEGAN AURORA QUIGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MISSOULA AND COUNTY OF MISSOULA,<br><br>Defendant. | Case No. CV-19-035-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED this case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(2) for failure to state a claim upon which relief could be granted.

Dated this 17th day of May, 2019.

TYLER P. GILMAN, CLERK

By: /s/ Annie Puhrmann
Annie Puhrmann, Deputy Clerk